IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STACI WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-07-705-D |
| | ) |
| DELL MARKETING USA, LP, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

On January 16, 2008, the Court entered its Order Granting Withdrawal as Attorneys of Record [Doc. No. 22], which withdrew Robert J. Haupt and Shannon C. Smith of the firm Haupt Brooks Vendruff Cloar as counsel for Plaintiff. In that Order, and again by Order of February 22, 2008 [Doc. No. 23], the Court directed Plaintiff either to obtain new counsel or to give notice of her intent to proceed *pro se* within a specified time period. The second time, Plaintiff was expressly notified that her case would be dismissed if she failed to comply. The deadline set by the Court has expired, and Plaintiff has again failed to comply with the Court's directives. Thus the Court finds Plaintiff has abandoned this action.

Therefore, the Court orders this case DISMISSED without prejudice to refiling. The Clerk shall serve a copy of this Order of Dismissal on Plaintiff's former counsel, Robert J. Haupt and Shannon C. Smith, who shall promptly forward a copy to Plaintiff at her last known address.

IT IS SO ORDERED this 14th day of March, 2008.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE